# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 23, 2008

Mr. German C. Sinisterra
U.S. PENITENTIARY
11582-045
P.O. Box 12015
Terre Haute, IN  47801-0000

RE:  08-1925  German Sinisterra v. United States

Dear Mr. Sinisterra:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. It will be forwarded to a panel of judges for consideration. You will be advised of any action taken in the case.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

EDG

Enclosure(s)

cc:     Ms. Lajuana M. Counts
        Mr. Frederick A. Duchardt Jr.
        Mr. John Jenab
        William Edgar Shull Jr.
        Mr. Jeffrey E. Valenti
        Ms. Patricia L. Brune

        District Court/Agency Case Number(s):   4:04-cv-08003-GAF

**Caption For Case Number:   08-1925**

**German C. Sinisterra,**

      **Movant - Appellant**

**v.**

**United States of America,**

      **Respondent - Appellee**

**Addresses For Case Participants:   08-1925**

Mr. German C. Sinisterra
U.S. PENITENTIARY
11582-045
P.O. Box 12015
Terre Haute, IN  47801-0000

Ms. Lajuana M. Counts
U.S. ATTORNEY'S OFFICE
400 E. Ninth Street
5510 Charles Evans Whittaker Courthouse
Kansas City, MO  64106-2149

Mr. Frederick A. Duchardt Jr.  (Information Only)
P.O. Box 216
Trimble, MO  64492

Mr. John Jenab   (Information Only)
JENAB & MCCAULEY
110 S. Cherry
Suite 200
Olathe, KS  66061-0000

William Edgar Shull Jr.   (Information Only)
104 W. Kansas
Liberty, MO  64068-0000

Mr. Jeffrey E. Valenti
U.S. ATTORNEY'S OFFICE
400 E. Ninth Street
5510 Charles Evans Whittaker Courthouse
Kansas City, MO  64106-2149

Ms. Patricia L. Brune
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
400 E. Ninth Street
Room 1510
Kansas City, MO  64106-0000