**GERMAN C. SINISTERRA,**

      **Movant,**                              **No. 08-1925**

**v.**

**UNITED STATES OF AMERICA,**

      **Respondent.**

### MOTION FOR EXTENSION OF TIME TO FILE APPLICATION FOR CERTIFICATE OF APPEALABILITY

Comes now movant German Sinisterra, through undersigned counsel, and moves this Court to grant movant a period of ninety (90) days, to and including August 16, 2008, within which to file an expanded Application for Certificate of Appealability. The Court has not previously set deadline for this submission.  In support hereof, movant states:

1.  Mr. Sinisterra is a federally death-sentenced prisoner whose motion under 28 U.S.C. § 2255 has been denied without an evidentiary hearing and without discovery by the United States District Court for the Western District of Missouri, Western Division, the Honorable Gary A. Fenner, Presiding.

2.  Mr. Sinisterra's § 2255 motion pled complex, non-frivolous claims that his capital trial was unconstitutional and affected by, inter alia, his trial counsel's ineffectiveness at both stages of his trial, including allegations that trial counsel: 1) failed to retain a qualified mitigation specialist; 2) failed to conduct any meaningful mitigation investigation, particularly in Colombia where Mr. Sinisterra had lived for most of his life and where his entire  family still live; 3) failed to investigate or present significant available mitigating evidence, such as that Mr. Sinisterra grew up in abject poverty, was severely abused by adults in his family, was gang-raped as a teenager and later molested

by an older brother, suffers from trauma-related organic brain impairments, and lacks the ability to perform basic life skills; 4) failed to object to clear prosecutorial misconduct in penalty phase closing arguments; 5) failed to communicate with Sinisterra him through an interpreter, though his first language is Spanish and his English was very limited, which led to a complete breakdown in his communication with his attorneys; and 6) failed to prepare him for his trial testimony.

3. Despite the presence of these and other significant issues in the case, on April 18, 2008, the district court denied Mr. Sinisterra's application for a certificate of appealability (COA) within an hour of its filing, in a one-sentence order. *See Sinisterra v. United States*, No. 04-8003-CV-W-GAF, Order Denying Motion For Certificate Of Appealability (4/18/08), Docket Entry No. 80.

4. The appeal in this Court is critical to Mr. Sinisterra's capital § 2255 proceedings and may be his last realistic chance of merits review of his constitutional claims. However, because the district court denied the COA, Mr. Sinisterra does not yet have leave to brief the merits of his claims before this Court.

5. The application for a COA filed in the district court presumed Judge Fenner's familiarity with the case proceedings. Mr. Sinisterra's application for a COA needs to be significantly expanded before this Court, so that this Court can understand the course of the proceedings below and give full consideration to the issues sought to be raised in this appeal. An application for a COA is a crucial pleading in a capital proceeding, which by its nature is complex and requires exhaustive review of the lower court record as well as extensive legal research. Moreover, because this is Mr. Sinisterra's last meaningful opportunity to have his § 2255 motion reviewed on the merits in this death penalty case, his COA needs to be particularly well researched and pled. For these reasons, Mr. Sinisterra

Appellate Case: 08-1925    Page: 2    Date Filed: 05/16/2008 Entry ID: 3435295

asks the Court to grant him to and including August 16, 2008 to file his expanded application for a COA.

WHEREFORE, Mr. Sinisterra respectfully moves this Honorable Court to enter an Order granting him the period of time to and including August 16, 2008 within which to file an expanded Application for Certificate of Appealability.

Respectfully submitted,

/s/John Jenab
John Jenab   MO # 47452
110 S. Cherry, Suite 200
Olathe, KS 66061
913-390-5023
Fax 913-764-5539

ATTORNEY FOR MOVANT
GERMAN C. SINISTERRA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/John Jenab

Appellate Case: 08-1925   Page: 3   Date Filed: 05/16/2008 Entry ID: 3435295