# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1925

German C. Sinisterra,

Appellant

v.

United States of America,

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08003-GAF)
_____

**ORDER**

IT IS ORDERED that the Appellant's Motion for Extension of Time to File Application

for Certificate of Appealibility is granted in part. Appellant is granted an extension until July 18,

2008.

May 19, 2008

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans