# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1925

German C. Sinisterra,

Appellant

v.

United States of America,

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08003-GAF)
_____

## ORDER

Appellant German Sinesterra appeals from the district court's denial of his motion to vacate under 28 U.S.C. sec. 2255. The district court denied a certificate of appealability. This court shall consider the application for a certificate of appealability that was submitted in the district court to be the application to this court. A ruling on appellant's motion for appointment of counsel shall be deferred until after the court reviews and rules on the application for a certificate of appealability.

June 09, 2008

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans