# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 30, 2008

Mr. John Jenab
JENAB & MCCAULEY
110 S. Cherry
Suite 200
Olathe, KS  66061-0000

    RE:  08-1925  German Sinisterra v. United States

Dear Counsel:

    Enclosed is a copy of an order entered today in the above case at the direction of the court.

        Michael E. Gans
        Clerk of Court

EDG

Enclosure(s)

cc:    Ms. Lajuana M. Counts
       Mr. Frederick A. Duchardt Jr.
       William Edgar Shull Jr.
       Mr. Jeffrey E. Valenti
       Mr. German C. Sinisterra

    District Court/Agency Case Number(s):  4:04-cv-08003-GAF