# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 24, 2008

Mr. John Jenab
JENAB & MCCAULEY
110 S. Cherry
Suite 200
Olathe, KS  66061-0000

    RE:  08-1925  German Sinisterra v. United States

Dear Counsel:

    Enclosed is a copy of an order entered today in the above case at the direction of the court.

                Michael E. Gans
                Clerk of Court

EDG

Enclosure(s)

cc:    Ms. Lajuana M. Counts
       Mr. Frederick A. Duchardt Jr.
       William Edgar Shull Jr.
       Mr. Jeffrey E. Valenti
       Ms. Elizabeth Shinn
       Ms. Patricia L. Brune
       Mr. German C. Sinisterra
       Mr. Jon Sands

    District Court/Agency Case Number(s):  4:04-cv-08003-GAF