# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1925

German C. Sinisterra,

Appellant

v.

United States of America,

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08003-GAF)

_____

## ORDER

IT IS ORDERED that certificate of appealability is granted on the following issues:

1. Whether trial counsel rendered ineffective assistance by failing to retain and utilize a qualified mitigation expert.

2. Whether trial counsel rendered ineffective assistance by failing to conduct a thorough mitigation investigation and present available mitigation evidence to the jury.

3. Whether trial counsel rendered ineffective assistance by failing to investigate and present mental health evidence.

4. Whether trial and appellate counsel were ineffective by failing to object to prosecutorial misconduct during closing argument.

Counsel's motion for appointment is hereby granted. Mr. Jenab and the Arizona Federal Public Defender are appointed to represent the appellant in this matter. The clerk of court will enter the routine order appointing the federal public defender.

The petition for en banc reconsideration is denied.

July 24, 2008

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans