**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE EIGHTH CIRCUIT**

GERMAN C. SINISTERRA,

        Appellant,

                          No. 08-1925

v.

UNITED STATED OF AMERICA,        **NOTICE OF AGREEMENT TO
FILE JOINT APPENDIX**

        Appellee.

John Jenab, MO Bar No. 47452
JENAB & MCCAULEY LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

Timothy M. Gabrielsen, NV Bar No. 8076
FEDERAL PUBLIC DEFENDER'S OFFICE
District of Arizona
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844

ATTORNEYS FOR APPELLANT
GERMAN C. SINISTERRA

Appellant German C. Sinisterra, through counsel, notifies the Court that counsel for Appellant and Appellees have conferred and agree to file a Joint Appendix in the above-captioned cause. This notification is made pursuant to the Court's Appeal Briefing Schedule Order of July 24, 2008, Federal Rule of Appellate Procedure 30(b)(1), and Eighth Circuit Rule 30A(b).

Respectfully submitted this 4th day of August, 2008.

John Jenab, Esq.
Timothy M. Gabrielsen
Assistant Federal Public Defender


By  s/Timothy M. Gabrielsen

ATTORNEYS FOR APPELLANT
GERMAN C. SINISTERRA

Appellate Case: 08-1925    Page: 2    Date Filed: 08/04/2008 Entry ID: 3458033

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Tamelyn McNeill
Secretary, Capital Habeas Unit
Federal Public Defender's Office

-3-

Appellate Case: 08-1925    Page: 3    Date Filed: 08/04/2008 Entry ID: 3458033