# IN THE UNITED STATES COURT OF APPEALS

# FOR THE EIGHTH CIRCUIT

GERMAN C. SINISTERRA,

      Appellant,

                              No. 08-1925

v.

UNITED STATED OF AMERICA,               MOTION FOR
EXTENSION OF TIME
TO FILE OPENING
BRIEF

      Appellee.

John Jenab, MO Bar No. 47452
JENAB & MCCAULEY LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

Timothy M. Gabrielsen, NV Bar No. 8076
FEDERAL PUBLIC DEFENDER'S OFFICE
District of Arizona
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

ATTORNEYS FOR APPELLANT
GERMAN C. SINISTERRA

# MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant German Sinisterra is before the Court pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure (FRAP) and Eighth Circuit Rule 27(B)(a) requesting an extension of time of 90 days, up to and including December 11, 2008, within which to file Appellant's Opening Brief in this capital habeas corpus case. The present due date to file the opening brief is September 12, 2008. There have been no previous requests for extension of time to file the opening brief.

On August 29, 2008, undersigned counsel for Mr. Sinisterra contacted Assistant United States Attorneys Lajuana Counts and Jeffrey Valenti, counsel for Appellees in this matter. They indicated that they have no objection to the extension requested.

Counsel have been diligent in their efforts to complete work on Mr. Sinisterra's brief. The present motion to extend the time to file the opening brief is made in good faith and not for purposes of delay. The request for extension of time is based on the length and complexity of the issues to be briefed in the present case, and counsel's other case-related commitments. The reasons for this request are stated in detail in the attached Memorandum in Support.

Respectfully submitted this 5th day of September, 2008.

John Jenab, Esq.
Timothy M. Gabrielsen
Assistant Federal Public Defender


By s/Timothy M. Gabrielsen
    TIMOTHY M. GABRIELSEN
    Counsel for Petitioner-Appellant

-2-

Appellate Case: 08-1925    Page: 2    Date Filed: 09/05/2008 Entry ID: 3468111

**MEMORANDUM IN SUPPORT**

**A.      Procedural posture of appeal.**

On December 14, 2007, the district court filed an Order Denying Movant's 28 U.S.C. § 2255 Motion.  Dist. Ct. Doc. No. 69.  On February 20, 2008, the court denied a motion to alter or amend judgment.  Dist. Ct. Doc. No. 75.   On April 18, 2008, Appellant timely filed a notice of appeal pursuant to FRAP 4(a)(1)(B).  Dist. Ct. Doc. No. 76.

Although the district court denied a certificate of appealability (COA) on the same date the notice of appeal was filed, Dist. Ct. Doc. No. 78, this Court granted a COA as to four claims on July 24, 2008.  Eighth Cir. Doc. No. 14.  The issues for which the COA was granted were:

1.      Whether trial counsel rendered ineffective assistance of counsel by failing to retain and utilize a qualified mitigation expert.

2.      Whether trial counsel rendered ineffective assistance of counsel by failing to conduct a thorough mitigation investigation and present available mitigation evidence to the jury.

3.       Whether trial counsel rendered ineffective assistance of counsel by failing to investigate and present mental health evidence.

4.      Whether trial and appellate counsel were ineffective by failing to object to prosecutorial misconduct during closing argument.

*Id*.

In its order of July 24th, the Court reaffirmed the appointment of John Jenab, Esq. As counsel for Mr. Sinisterra and appointed as co-counsel the Federal Public Defender for the District of Arizona.  *Id*.  The Court filed a separate order on that date in which it appointed the Federal Public Defender as co-counsel.  Eighth Cir. Doc. No. 15.

Although Mr. Jenab has made most of the trial and § 2255 pleadings and transcripts available to the Federal Public Defender, the Federal Public Defender has requested certified

-3-

Appellate Case: 08-1925      Page: 3      Date Filed: 09/05/2008 Entry ID: 3468111

copies of the trial and § 2255 records from the Clerk of the Court of Appeals for the Eighth Circuit so that such documents are available for use as appendices when the opening brief is filed. The FPD received the first of several installments of the record from the clerk's office on September 4, 2008.

**B.     Case-related duties of counsel.**

Along with assisting in preparing the opening brief in the above-captioned cause, Mr. Jenab is preparing to file on September 10, 2008, the appellee's brief in *State v. Rodriguez*, No. 08-100626-A (Ks. Ct. App.), an interlocutory appeal by the State from the grant of a motion to suppress for which no extensions of time will be given. Mr. Jenab is preparing two cases for trial in federal court for November, 2008, *United States v. Spriggs*, Dist. Ctr. No. 07-00297-03-CR-W-HFS (W.D. Mo.), a potential mandatory life case, and *United States v. O'Connor*, Dist. Ct. No. 08-00140-06-CR-W-NKL (W.D. Mo.).

Assistant Federal Public Defender Gabrielsen has devoted substantial time since entering his appearance to reading the trial and sentencing hearing transcripts in *Sinisterra*. He has also become familiar with the § 2255 pleadings and orders in this case. On August 25, 2008, Mr. Gabrielsen visited Mr. Sinisterra at the U.S. Penitentiary at Terre Haute, Indiana.

Mr. Gabrielsen is preparing opening briefs as lead counsel on capital cases in the Ninth Circuit in *Martinez v. Schriro*, Ninth Cir. No. 08-99009, and *West v. Schriro*, Ninth Cir. No. 08-99000. The *Martinez* brief is due to be filed on November 3, 2008. Counsel is awaiting an order from the court on a first request for extension of time to move the due date for the brief in *West* to October 20, 2008. Counsel awaits the setting of a due date for oral argument in a fully-briefed non-capital appeal in *Salazar v. Schriro*, Ninth Cir. No. 05-16618.

-4-

Counsel serves as co-counsel in a capital case for which a mandamus action is pending before the Ninth Circuit, *Gonzales v. United States District Court, District of Arizona (Dora Schriro)*, Ninth Cir. No. 08-72188. Counsel for Gonzales filed a Supplemental Brief in Support of Petition for Writ of Mandamus on August 1, 2008, and undersigned counsel will assist in filing the reply, which is due to be filed on or before September 16, 2008. Mr. Gabrielsen awaits a decision of the Ninth Circuit on a motion for a certificate of appealability in *Gulbrandson v. Schriro*, Ninth Cir. No. 07-99012, a capital case for which the COA request was briefed by Mr. Gabrielsen after the FPD was appointed as co-counsel after prior counsel withdrew and after relief and a COA had already been denied in the United States District Court for the District of Arizona.

Gabrielsen serves as co-counsel in other active capital cases pending in the District of Arizona, *Medrano v. Schriro*, U.S.D.C. No. CV-99-0603-TUC-JMR, and *Ramirez v. Schriro*, U.S.D.C. No. CV-97-1331-PHX-JAT. *Medrano* is awaiting an evidentiary hearing in state court pursuant to stay granted in the federal district court under *Atkins v. Virginia*, 536 U.S. 304 (2002). Gabrielsen and co-counsel from the FPD, on July 30, 2008, filed a motion to amend the petition for writ of habeas corpus in *Ramirez* to include an *Atkins* claim after an evidentiary hearing and denial of relief in state court exhaustion proceedings, and denial of a petition for writ of certiorari. A reply to the state's opposition is due to be filed on September 19, 2008.

On August 29, 2008, Mr. Gabrielsen spoke by phone with Assistant U.S. Attorney Lajuana Counts, one of the attorneys representing the United States in this matter. She indicated that she has no objection to an extension of time of 90 days to file the opening brief.

-5-

Appellate Case: 08-1925    Page: 5    Date Filed: 09/05/2008 Entry ID: 3468111

**C.    Conclusion**

For the foregoing reasons, Mr. Sinisterra respectfully requests that the Court extend the

date for filing his opening brief 90 days, to and including December 11, 2008.

Respectfully submitted this 5th day of September, 2008.

John Jenab, Esq.
Timothy M. Gabrielsen
Assistant Federal Public Defender


By s/Timothy M. Gabrielsen
TIMOTHY M. GABRIELSEN
Counsel for Petitioner-Appellant

ATTORNEYS FOR APPELLANT
GERMAN C. SINISTERRA

Appellate Case: 08-1925    Page: 6    Date Filed: 09/05/2008 Entry ID: 3468111

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2008, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record.

 s/Tamelyn McNeill

Secretary, Capital Habeas Unit
Federal Public Defender's Office
District of Arizona

Appellate Case: 08-1925    Page: 7    Date Filed: 09/05/2008 Entry ID: 3468111