**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE EIGHTH CIRCUIT**

**GERMAN C. SINISTERRA,**

       **Appellant,**

                                **No. 08-1925**

**v.**

**UNITED STATED OF AMERICA,**               **MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

       **Appellee.**                       **Second Request**

John Jenab, MO Bar No. 47452
JENAB & MCCAULEY LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

Timothy M. Gabrielsen, NV Bar No. 8076
FEDERAL PUBLIC DEFENDER'S OFFICE
District of Arizona
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

ATTORNEYS FOR APPELLANT
GERMAN C. SINISTERRA

**MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellant German Sinisterra is before the Court pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure (FRAP) and Eighth Circuit Rule 27(B)(a) requesting an extension of time of 90 days, up to and including February 10, 2009, within which to file Appellant's Opening Brief in the appeal of the denial of Sinisterra's Motion to Vacate, Set Aside, or Correct Convictions and Sentences pursuant to 28 U.S.C. § 2255. The present due date to file the opening brief is November 12, 2008. The Court has granted in part one previous request for extension of time to file the opening brief.

On November 3, 2008, undersigned counsel for Mr. Sinisterra contacted Assistant United States Attorney Lajuana Counts, counsel for Appellees in this matter. She indicated that she has no objection to the 90-day extension requested.

Assistant Federal Public Defender Gabrielsen had surgery to repair a ruptured Achilles tendon on October 15, 2008. He missed a full week of work, then practiced on a limited basis until becoming ambulatory. He has this week returned to full-time employment at the Federal Public Defender's Office.

The request for extension of time is based on the length of the trial and capital sentencing hearing, which involved the joint trial of three co-defendants in charges stemming from an alleged drug conspiracy, the complexity issues for which the certificate of appealability was granted in this matter, Mr. Gabrielsen's getting up to speed by reading the trial and sentencing hearing transcripts, and reviewing all pleadings on file in the § 2255 proceeding, and the other federal case commitments of Co-counsel Jenab and Gabrielsen. Mr. Jenab and Mr. Gabrielsen are completely candid with the Court with respect to the time required to complete Sinisterra's

-2-

Appellate Case: 08-1925     Page: 2     Date Filed: 11/05/2008 Entry ID: 3487662

opening brief and the viability, given other federal case commitments, of the February 10th date counsel request. The present motion to extend the time to file the opening brief is made in good faith and not for purposes of delay. The reasons for this request are stated in detail in the attached Memorandum in Support.

Respectfully submitted this 5th day of November , 2008.

John Jenab, Esq.
Timothy M. Gabrielsen
Assistant Federal Public Defender


By s/Timothy M. Gabrielsen
    TIMOTHY M. GABRIELSEN
    Counsel for Petitioner-Appellant

-3-

Appellate Case: 08-1925    Page: 3    Date Filed: 11/05/2008 Entry ID: 3487662

**MEMORANDUM IN SUPPORT**

**A.     Procedural posture of appeal.**

After the district court denied German Sinisterra's Motion to Vacate, Set Aside, or

Correct Convictions and Sentences  pursuant to 28 U.S.C. § 2255 U.S.C. § 2255 Motion, a

motion to alter or amend judgment (Dist. Ct. Doc. Nos. 69, 75), and a request for a certificate of

appealability (Dist. Ct. Doc. No. 78), this Court granted a COA as to four claims on July 24,

2008.  Eighth Cir. Doc. No. 14.  The issues for which the COA was granted were:

1.     Whether trial counsel rendered ineffective assistance of counsel by failing to retain and
       utilize a qualified mitigation expert.

2.     Whether trial counsel rendered ineffective assistance of counsel by failing to conduct a
       thorough mitigation investigation and present available mitigation evidence to the jury.

3.     Whether trial counsel rendered ineffective assistance of counsel by failing to investigate
       and present mental health evidence.

4.     Whether trial and appellate counsel were ineffective by failing to object to prosecutorial
       misconduct during closing argument.

*Id.*

In its order of July 24th, the Court reaffirmed the appointment of John Jenab, Esq. as

counsel for Mr. Sinisterra and appointed as co-counsel the Federal Public Defender for the

District of Arizona.  *Id.*  The Federal Public Defender, with Spanish-speaking attorneys and staff,

agreed to enter an appearance in this matter in the district court (Dist. Ct. Doc. No. 64), but a

request for the FPD's appointment was denied on September 25, 2007.  Dist. Ct. Doc. No. 67.

Mr. Jenab moved for appointment of himself and the Federal Public Defender on May 6, 2008.

The Court deferred ruling on those requests until it decided whether to grant a COA, and

ultimately appointed Mr. Jenab and the FPD on July 24, 2008.  Ninth Cir. Doc. Nos. 7, 14, 15.

Appellate Case: 08-1925     Page: 4     Date Filed: 11/05/2008 Entry ID: 3487662

Immediately after the Court's appointment of counsel, Mr. Jenab made most of the trial and § 2255 pleadings and transcripts available to the Federal Public Defender.  However, the Federal Public Defender requested certified copies of certain trial and § 2255 records from the Clerk of the Court of Appeals for the Eighth Circuit so that such documents, which include appropriate pagination of the trial record, would be available for use as appendices when the opening brief is filed.  The FPD received the first of several installments of the record from the clerk's office on September 4, 2008.

**B.      Case-related duties of counsel.**

Assistant Federal Public Defender Gabrielsen has devoted substantial time to reading the transcripts of Sinisterra's trial and capital sentencing hearing, reviewing all of the pleadings filed in the § 2255 proceedings, and consulting with Mr. Jenab concerning the preparation of the opening brief.  As soon as the Court appointed the Federal Public Defender on July 24, 2008, undersigned counsel began to attempt to position his other capital cases in the Ninth Circuit and habeas matters in the District of Arizona in such a way as to permit him to complete record review in *Sinisterra* and begin work on the opening brief.  On August 25, 2008, Mr. Gabrielsen visited Mr. Sinisterra at the U.S. Penitentiary at Terre Haute, Indiana.

Mr. Gabrielsen is preparing opening briefs as lead counsel on capital cases in the Ninth Circuit in cases in which the FPD was appointed prior to its appointment in *Sinisterra*, *West v. Schriro*, Ninth Cir. No. 08-99000, and *Martinez v. Schriro*, Ninth Cir. No. 08-99009.  Opening briefs are due to be filed in the circuit in those cases on December 19, 2008, and January 5, 2009, respectively.  Undersigned counsel is committed to timely completing those briefs and devoting to *Sinisterra* the time necessary to file the opening brief by February 10, 2009.  Counsel

-5-

is compelled to file the opening brief in *Sinisterra* by that date because the Ninth Circuit is about to announce a briefing schedule for another capital case upon which counsel serves as lead counsel and for which a certificate of appealability was issued on September 29, 2008, and notice of appeal filed on October 27, 2008. *Kemp v. Schriro*, CV-00-0050-TUC-FRZ. Mr. Gabrielsen also awaits a decision of the Ninth Circuit on a motion for a COA in *Gulbrandson v. Schriro*, Ninth Cir. No. 07-99012, a capital case for which the Ninth Circuit is considering a request for COA filed by Mr. Gabrielsen after the FPD was appointed after prior counsel withdrew and after relief and a COA had already been denied in the district court. Briefing in that matter, if a COA is granted, or the filing of a petition for writ of certiorari if COA is denied, will be due after the February 10, 2009, filing date requested here.

At the time of the entry of his appearance in *Sinisterra*, Mr. Gabrielsen and FPD co-counsel were under a deadline to complete briefing in a capital case in a mandamus action pending in the Ninth Circuit, *Gonzales v. United States District Court, District of Arizona*, Ninth Cir. No. 08-72188. Counsel filed pleadings in that matter in August and September and await the setting of oral argument. Gabrielsen serves as co-counsel in another capital case pending in the District of Arizona, *Medrano v. Schriro*, U.S.D.C. No. CV-99-0603-TUC-JMR. *Medrano* is awaiting an evidentiary hearing in state court pursuant to a stay granted in the district court under *Atkins v. Virginia*, 536 U.S. 304 (2002). That hearing will likely be set for the spring of 2009.

Mr. Jenab represents a criminal defendant in a federal drug case, *United States v. Solis*, No. 07-20139-03-KHV (D. Kan.), which is set for trial on November 17, 2008. Mr. Jenab is also preparing for trial on January 5, 2009, in *United States v. O'Connor*, No. 08-00140-06-CR-W-

-6-

Appellate Case: 08-1925    Page: 6    Date Filed: 11/05/2008 Entry ID: 3487662

NKL (W.D. Mo.), which charges a Hobbs Act robbery and drug possession.  Mr. Jenab will also represent a client at sentencing on January 5, 2009, in *United States v. Cooper*, No. 04-20105-CM (D. Kan.).  In that case, the defendant was convicted on 74 of 148 counts and the sentencing hearing will be contested.

Appellee's counsel, Assistant United States Attorney Lajuana Counts, indicated on November 3, 2008, that she has no objection to an extension of time of 90 days.  As noted in the motion above, Mr. Gabrielsen returned to his regular work hours this week after Achilles tendon surgery on October 15, 2008, and a period of convalescence.  Once he is off crutches and fully ambulatory, Mr. Gabrielsen plans to travel to the district court in Kansas City to review audiotapes admitted into evidence at the capital sentencing hearing that are relevant to the issues to be addressed in the opening brief.

## C.    Conclusion

For the foregoing reasons, Mr. Sinisterra respectfully requests that the Court extend the date for filing his opening brief 90 days, to and including February 10, 2009.

Respectfully submitted this 5th day of November, 2008.

> John Jenab, Esq.
> Timothy M. Gabrielsen
> Assistant Federal Public Defender
>
>
> By s/Timothy M. Gabrielsen
>     TIMOTHY M. GABRIELSEN
>     Counsel for Petitioner-Appellant
>
>     ATTORNEYS FOR APPELLANT
>     GERMAN C. SINISTERRA

-7-

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2008, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record.

s/Tamelyn McNeill<br>
Secretary, Capital Habeas Unit<br>
Federal Public Defender's Office<br>
District of Arizona

-8-

Appellate Case: 08-1925    Page: 8    Date Filed: 11/05/2008 Entry ID: 3487662