# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 07, 2008

Mr. Timothy M Gabrielsen
FEDERAL PUBLIC DEFENDER'S OFFICE
Capital Habeas Unit
407 W. Congress Street
Suite 501
Tucson, AZ  85701

RE:  08-1925  German Sinisterra v. United States

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

Pursuant to the court's stated goal of processing all appeals promptly, parties and their counsel are expected to comply with the briefing deadlines established in this order. See Federal Rule of Appellate Procedure 26.

Michael E. Gans
Clerk of Court

LMT

Enclosure(s)

cc:     Ms. Lajuana M. Counts
        Mr. Frederick A. Duchardt Jr.
        Mr. John Jenab
        Mr. Jon Sands
        William Edgar Shull Jr.
        Mr. Jeffrey E. Valenti
        Mr. German C. Sinisterra

        District Court/Agency Case Number(s):  4:04-cv-08003-GAF