**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE EIGHTH CIRCUIT**

**GERMAN C. SINISTERRA,**

        **Appellant,**

                                       **No. 08-1925**

**v.**

**UNITED STATED OF AMERICA,**

                                       **MOTION FOR**
                                       **EXTENSION OF TIME**
                                       **TO FILE OPENING**
                                       **BRIEF**

        **Appellee.**

                                       **Third Request**

JOHN JENAB, MO Bar No. 47452
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

JOHN M. SANDS
Federal Public Defender
TIMOTHY M. GABRIELSEN, NV Bar No. 8076
Federal Public Defender's Office
District of Arizona
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

Attorneys for Appellant
German C. Sinisterra

**MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellant German Sinisterra is before the Court pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure (FRAP) and Eighth Circuit Rule 27(B)(a) requesting an extension of time of 45 days, up to and including February 11, 2009, within which to file Appellant's Opening Brief in the appeal of the denial of Sinisterra's Motion to Vacate, Set Aside, or Correct Convictions and Sentences  pursuant to 28 U.S.C. § 2255.  The present due date to file the opening brief is December 29, 2008.  The Court granted, in part, two previous request for extension of time to file the opening brief.

On December 19, 2008, undersigned counsel for Mr. Sinisterra contacted Assistant United States Attorney Lajuana Counts, counsel for Appellees in this matter.  She indicated that she has no objection to the 45-day extension requested.

The present motion to extend the time to file the opening brief is made in good faith and not for purposes of delay.  The reasons for this request are stated in detail in the attached Memorandum in Support.

Respectfully submitted this 22nd day of December , 2008.

> John Jenab, Esq.
> Timothy M. Gabrielsen
> Assistant Federal Public Defender
>
>
>
> By s/Timothy M. Gabrielsen
>     TIMOTHY M. GABRIELSEN
>     Counsel for Petitioner-Appellant

-1-

Appellate Case: 08-1925     Page: 2     Date Filed: 12/22/2008 Entry ID: 3501431

**MEMORANDUM IN SUPPORT**

The request for extension of time is based on the length of the trial and capital sentencing hearing, which involved the joint trial of three co-defendants in a capital murder prosecution stemming from an alleged drug conspiracy, the complexity of issues for which the Court granted a four-issue certificate of appealability in this matter, and the other case-related duties of counsel.

### A.     Procedural posture of appeal.

German Sinisterra was sentenced to death by a jury, and the conviction and sentence were affirmed by this Court on direct appeal. *United States v. Ortiz*, 315 F.3d 873 (8th Cir. 2003).  Although the district court denied Sinisterra's Motion to Vacate, Set Aside, or Correct Convictions and Sentences pursuant to 28 U.S.C. § 2255, a motion to alter or amend judgment (Dist. Ct. Doc. Nos. 69, 75), and a request for a certificate of appealability (Dist. Ct. Doc. No. 78), this Court granted a COA as to four claims on July 24, 2008.  Eighth Cir. Doc. No. 14.

In its order of July 24th, the Court reaffirmed the appointment of John Jenab, Esq. as counsel for Mr. Sinisterra and appointed as co-counsel the Federal Public Defender for the District of Arizona. *Id.*  The Federal Public Defender, with Spanish-speaking lawyers and staff, agreed to be appointed in this matter in the district court, at no cost to the district court, but the court denied that request on September 25, 2007.  Dist. Ct. Doc. No. 67.  Thus, the FPD was not permitted to even begin work on Sinisterra's appeal until this Court's appointment order of July 24, 2008.  Once appointed, the FPD gathered all necessary pleadings from co-counsel and the district court.

Once assigned by the Federal Defender for the District of Arizona to this matter,

Appellate Case: 08-1925     Page: 3     Date Filed: 12/22/2008 Entry ID: 3501431

Assistant Federal Public Defender Gabrielsen attempted to get up to speed on *Sinisterra* while at the same time meeting pending deadlines in other cases to which the FPD was appointed by the federal courts prior to the appointment in *Sinisterra*. Undersigned counsel has completed his review of the trial record, continues to consult with Mr. Jenab, and presently devotes substantial work time to research and writing Sinisterra's brief.

**B.      Other case-related duties of counsel.**

In addition to his work on *Sinisterra*, Mr. Gabrielsen continues to prepare opening briefs and other pleadings as lead counsel on capital cases in the Ninth Circuit. In *West v. Schriro*, Ninth Cir. No. 08-99000, a case for which the FPD was appointed *after* the matter was already on appeal, the opening brief was due to be filed in the Ninth Circuit, on December 19, 2008, but the Ninth Circuit stayed the briefing schedule to consider a motion for limited remand to the district court. Counsel now anticipates filing the opening brief in *Sinisterra* prior to the one in *West*.

An opening brief is due to be filed in *Martinez v. Schriro*, Ninth Cir. No. 08-99009, on January 5, 2009, although counsel will request an extension as litigation surrounding a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) in the district court has delayed preparation of that brief. The Ninth Circuit issued an order on November 28, 2008, setting an original due date of February 11, 2009, for the filing of the opening brief in *Kemp v. Schriro*, Ninth Cir. No. 08-99030. As the appointment of the FPD in *Sinisterra* occurred earlier, counsel plans to file the opening brief in *Sinisterra* before the brief in *Kemp* and will move the Ninth Circuit to accommodate the filing of the opening brief in *Sinisterra* on that basis should the dates conflict.

Appellate Case: 08-1925      Page: 4      Date Filed: 12/22/2008 Entry ID: 3501431

Mr. Gabrielsen also awaits a decision of the Ninth Circuit on a motion for a COA in *Gulbrandson v. Schriro*, Ninth Cir. No. 07-99012, a capital case for which the Ninth Circuit is considering a request for COA filed by Mr. Gabrielsen after the FPD was appointed after prior counsel withdrew and after relief and a COA had already been denied in the district court. Briefing in that matter, if a COA is granted, or the filing of a petition for writ of certiorari if COA is denied, will be due after the February 11, 2009, filing date requested here. Gabrielsen filed a petition for rehearing *en banc* in the Ninth Circuit on December 8, 2008, in *Salazar v. Schriro*, Ninth Cir. No. 05-16618.

Gabrielsen's efforts on his various cases were set back this fall, as he underwent unexpected surgery to repair a ruptured Achilles tendon. Surgery occurred on October 15, 2008, and counsel was in a cast until December 8, 2008. Counsel was forced to miss more than one week of work and to cut back his work schedule for the surgery and related rehabilitation.

Mr. Jenab has disposed of cases cited in the prior motion for extension of time. Mr. Jenab obtained guilty pleas in two cases he prepped for trial, *United States v. Solis*, No. 07-20139-03-KHV (D. Kan.), and *United States v. O'Connor*, No. 08-00140-06-CR-W-NKL (W.D. Mo.). *O'Connor* was scheduled to go to trial on Hobbs Act robbery and drug possession charges on January 5, 2009. A sentencing hearing set for January 5, 2009, in *United States v. Cooper*, No. 04-20105-CM (D. Kan.), has been continued to April 2009.

Mr. Jenab presently is preparing an opening brief in *United States v. Bennett*, Tenth Cir. No. 08-3239, which is due to be filed on January 21, 2009. Counsel is also preparing for a trial in *State v. Wei Qi,* Johnson County, Kansas, Dist. Ct. No. 07CR1223, which is scheduled to begin on January 26, 2009.

-4-

Mr. Gabrielsen spoke by phone on December 19, 2008, with Appellee's counsel, Assistant United States Attorney Lajuana Counts.  She indicated that she had no objection to an extension of time of 45 days.

**C.     Conclusion**

For the foregoing reasons, Mr. Sinisterra respectfully requests that the Court extend the date for filing his opening brief 45 days, to and including February 11, 2009.

Respectfully submitted this 22nd day of December, 2008.

John Jenab, Esq.
Timothy M. Gabrielsen
Assistant Federal Public Defender


By s/Timothy M. Gabrielsen

ATTORNEYS FOR APPELLANT
GERMAN C. SINISTERRA

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    s/Tamelyn McNeill
Secretary, Capital Habeas Unit
Federal Public Defender's Office
District of Arizona

Appellate Case: 08-1925    Page: 7    Date Filed: 12/22/2008 Entry ID: 3501431