# IN THE UNITED STATES COURT OF APPEALS

# FOR THE EIGHTH CIRCUIT

**GERMAN C. SINISTERRA,**

       **Appellant,**

                                  **No. 08-1925**

**v.**

**UNITED STATED OF AMERICA,**                  **MOTION FOR**
                                          **EXTENSION OF TIME**
                                          **TO FILE OPENING**
                                          **BRIEF**

       **Appellee.**                                **Fourth Request**

JOHN JENAB, MO Bar No. 47452
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

JOHN M. SANDS
Federal Public Defender
TIMOTHY M. GABRIELSEN, NV Bar No. 8076
Federal Public Defender's Office
District of Arizona
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

Attorneys for Appellant
German C. Sinisterra

# MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant German Sinisterra is before the Court pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure (FRAP) and Eighth Circuit Rule 27(B)(a) requesting an extension of time of 30 days, up to and including March 13, 2009, within which to file Appellant's Opening Brief in the appeal of the denial of Sinisterra's Motion to Vacate, Set Aside, or Correct Convictions and Sentences pursuant to 28 U.S.C. § 2255. The present due date to file the opening brief is February 11, 2009. The Court granted, at least in part, three previous requests for extension of time to file the opening brief.

On February 2, 2009, undersigned counsel for Mr. Sinisterra contacted Assistant United States Attorney Lajuana Counts, counsel for Appellees in this matter. She indicated that she has no objection to the 30-day extension requested.

The present motion to extend the time to file the opening brief is made in good faith and not for purposes of delay. The reasons for this request are stated in detail in the attached Memorandum in Support.

Respectfully submitted this 4th day of February , 2009.

John Jenab, Esq.
Timothy M. Gabrielsen
Assistant Federal Public Defender


By s/Timothy M. Gabrielsen
TIMOTHY M. GABRIELSEN
Counsel for Petitioner-Appellant

-1-

Appellate Case: 08-1925     Page: 2     Date Filed: 02/04/2009 Entry ID: 3513734

**MEMORANDUM IN SUPPORT**

### A.      Procedural posture of case.

German Sinisterra, Arboleda Ortiz, and Plutarco Tello were convicted of murder and drug-related offenses in the United States District Court for the Western District of Missouri. The jury sentenced Sinisterra and Ortiz to death, and sentenced Tello to life in prison. The convictions of all three defendants, and the death sentences of Sinisterra and Ortiz, were affirmed by this Court on direct appeal. *United States v. Ortiz*, 315 F.3d 873 (8th Cir. 2003).

The district court denied the respective motions of Sinisterra and Ortiz for post-conviction relief pursuant to 28 U.S.C. § 2255. The Court issued a Certificate or Appealability ("COA") with respect to four claims in *Sinisterra*. Both cases are on appeal to this Court. Ortiz's opening brief is due to be filed on March 9, 2009. In *Sinisterra*, the Court granted, at least in part, three prior requests for extension of time to file the opening brief. Sinisterra's opening brief is currently due on or before February 11, 2009.

### B.      Undersigned counsel's other case responsibilities.

Since the Court's appointment of the Federal Public Defender for the District of Arizona on July 24, 2008, Assistant Federal Public Defender Gabrielsen has devoted substantial time to getting up to speed on the case, including by reviewing the entire trial and post-conviction records, and reading the trial transcripts. Counsel continues to consult with co-counsel Jenab and has traveled to the United States Penitentiary at Terre Haute, Indiana, to visit Mr. Sinisterra. Counsel is finally sufficiently clear of responsibilities as counsel with respect to his other capital habeas corpus cases in the Ninth Circuit and District of Arizona that he believes he can complete the opening brief within the additional 30 days requested here.

-2-

Since entering his appearance in *Sinisterra*, undersigned counsel has substantially completed the opening brief in *West v. Schriro*, Ninth Cir. No. 08-99000, which is due to be filed on March 3, 2009. *West* is a capital § 2254 appeal for which the FPD was appointed by the Ninth Circuit *after* the matter was already on appeal. Litigation pursuant to Fed. R. Civ. P. 60(b), which was allowed by the Ninth Circuit and which caused the court to stay the briefing schedule for a period, was completed prior to that court setting the due date for the opening brief.

During the fall, 2008, Gabrielsen and co-counsel completed briefing ordered by the Ninth Circuit in a mandamus action, *Gonzales v. Schriro*, Ninth Cir. No. 08-72188, where the issue is competence to proceed in federal habeas corpus proceedings pursuant to *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803 (9th Cir. 2003). On January 5, 2009, the court stayed all proceedings in the district court pending its mandamus decision.

Counsel has also been required to devoted substantial time to an opening brief in another capital § 2254 appeal, *Martinez v. Schriro*, Ninth Cir. No. 08-99009, which was due to be filed on January 5, 2009. The filing of the opening brief has been delayed pending the Ninth Circuit's decision on a motion for stay of the briefing schedule and remand to file a motion to amend in the district court.

The Ninth Circuit issued an order on November 28, 2008, setting an original due date of February 11, 2009, for the filing of the opening brief in another of undersigned counsel's capital § 2254 appeals, *Kemp v. Schriro*, Ninth Cir. No. 08-99030. On this date, counsel is requesting an extension of time in *Kemp* to allow completion of the brief in *Sinisterra*.

Mr. Gabrielsen also awaits a decision of the Ninth Circuit on a motion for a COA in *Gulbrandson v. Schriro*, Ninth Cir. No. 07-99012, a capital § 2254 case for which the Ninth

-3-

Appellate Case: 08-1925    Page: 4    Date Filed: 02/04/2009 Entry ID: 3513734

Circuit is considering a request for COA filed by Mr. Gabrielsen after the FPD was appointed after prior counsel was permitted to withdraw and after relief and a COA had already been denied in the district court. Briefing in that matter, if a COA is granted, or the filing of a petition for writ of certiorari if COA is denied, will be due after the March 13, 2009, filing date requested here.

Finally, on January 16, 2009, the Ninth Circuit denied a petition for rehearing *en banc* in another appeal for which Gabrielsen serves lead counsel, *Salazar v. Schriro*, Ninth Cir. No. 05-16618. The preparation of a petition for writ of certiorari, which is due to be filed on or before April 16, 2009, will not interfere with the filing of Sinisterra's brief on the date requested here.

Mr. Gabrielsen spoke by phone on February 2, 2009, with Appellee's counsel, Assistant United States Attorney Lajuana Counts. She indicated that she had no objection to an extension of time of 30 days.

**C.     Conclusion**

For the foregoing reasons, Mr. Sinisterra respectfully requests that the Court extend the date for filing his opening brief 30 days, to and including March 13, 2009.

Respectfully submitted this 4th day of February, 2009.

> John Jenab, Esq.
> Timothy M. Gabrielsen
> Assistant Federal Public Defender

> By s/Timothy M. Gabrielsen

>   ATTORNEYS FOR APPELLANT
>   GERMAN C. SINISTERRA

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 s/Tamelyn McNeill
Secretary, Capital Habeas Unit
Federal Public Defender's Office
District of Arizona