**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE EIGHTH CIRCUIT**

**GERMAN C. SINISTERRA,**

        **Appellant,**

**v.**

**UNITED STATED OF AMERICA,**
        **Appellee.**

**No. 08-1925**

**MOTION FOR EXTENSION
OF TIME TO FILE
OPENING BRIEF**

**Fifth Request**

JOHN M. SANDS
Federal Public Defender
TIMOTHY M. GABRIELSEN, NV Bar No. 8076
LETICIA MARQUEZ, AZ Bar No. 017357
Assistant Federal Public Defenders
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

JOHN JENAB, MO Bar No. 47452
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

Attorneys for Appellant
German C. Sinisterra

**MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellant German Sinisterra is before the Court pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure (FRAP) and Eighth Circuit Rule 27(B)(a) requesting an extension of time of 31 days, up to and including Monday, April 13, 2009, within which to file Appellant's Opening Brief in the appeal of the denial of Sinisterra's Motion to Vacate, Set Aside, or Correct Convictions and Sentences  pursuant to 28 U.S.C. § 2255.  The present due date to file the opening brief is March 13, 2009.  The Court granted, at least in part, four previous requests for extension of time to file the opening brief.

On March 4, 2009, undersigned counsel for Mr. Sinisterra contacted Assistant United States Attorney Lajuana Counts, counsel for Appellees in this matter.  She indicated that she has no objection to the extension requested.

The present motion to extend the time to file the opening brief is made in good faith and not for purposes of delay.  The reasons for this request are stated in detail in the attached Memorandum in Support.

Respectfully submitted this 6th day of March, 2009.

Timothy M. Gabrielsen
Assistant Federal Public Defender


By s/Timothy M. Gabrielsen
　　TIMOTHY M. GABRIELSEN
　　Counsel for Petitioner-Appellant

-1-

Appellate Case: 08-1925　　Page: 2　　Date Filed: 03/06/2009 Entry ID: 3524056

**MEMORANDUM IN SUPPORT**

**A.      Procedural posture of case.**

German Sinisterra, Arboleda Ortiz, Plutarco Tello, and Edwin Hinestroza were charged with murder and drug-related offenses in the United States District Court for the Western District of Missouri.  Sinisterra, Ortiz and Tello were convicted by a jury at a joint trial while Hinestroza remained a fugitive.  The jury then separately considered the sentences to be imposed, and sentenced Sinisterra and Ortiz to death and Tello to life in prison.  The convictions of all three defendants, and the death sentences of Sinisterra and Ortiz, were affirmed by this Court on direct appeal.  *United States v. Ortiz*, 315 F.3d 873 (8th Cir. 2003).  Hinestroza was later apprehended, convicted on the same murder and drug counts, and sentenced to life in prison on the murder counts and to a term of imprisonment on the drug count.

The district court denied the motion of Sinisterra for post-conviction relief pursuant to 28 U.S.C. § 2255 and a Certificate of Appealability ("COA").  This Court issued a COA with respect to four claims in *Sinisterra*.  Ortiz was denied post-conviction relief and is also on appeal to this Court. Ortiz's opening brief is due to be filed on April 23, 2009.

In addition to preparing the brief, undersigned counsel has begun to put together the Appendix, as is required by FRAP 30 and Eighth Cir. Rule 30(A)(b).  Because the district court has indicated to counsel that it has not retained the exhibits admitted at trial, counsel has been required to gather from co-counsel, prior counsel, and other sources, exhibits relevant to the certified claims so that the exhibits may be included in the Appendix.

**B.      Undersigned counsel's other case responsibilities.**

While *Sinisterra* remains undersigned counsel's highest priority, counsel has been assigned

-2-

as either lead counsel or co-counsel in seven other active capital cases in federal court, most of which were already on appeal prior to the Court's appointment of the Federal Public Defender in this matter. On March 3, 2009, undersigned counsel filed the opening brief in *West v. Schriro*, Ninth Cir. No. 08-99000. *West* is a capital § 2254 appeal for which the FPD was appointed by the Ninth Circuit after the matter was already on appeal. Extensive litigation pursuant to Fed. R. Civ. P. 60(b) preceded the preparation of the opening brief.

During the fall, 2008, Gabrielsen and one of his co-counsel on this case, Assistant Federal Public Defender Leticia Marquez, submitted court-ordered briefing in a mandamus action in the Ninth Circuit in another capital habeas case arising out of the District of Arizona, *Gonzales v. Schriro*, Ninth Cir. No. 08-72188. The issue is competence to proceed in federal habeas corpus proceedings pursuant to *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803 (9th Cir. 2003). On January 5, 2009, the court stayed all proceedings in the district court pending its mandamus decision. The mandamus action remains pending in the Ninth Circuit.

Counsel has also been required to devote substantial time to the preparation of opening briefs in other capital § 2254 appeals. The filing of the opening brief in *Martinez v. Schriro*, Ninth Cir. No. 08-99009, which was due to be filed on January 5, 2009, has been stayed pending the Ninth Circuit's decision on a motion for stay of the briefing schedule and for leave to move to amend in the district court. The Ninth Circuit has not yet ruled on the motion.

On November 28, 2008, the Ninth Circuit set an original due date of February 11, 2009, for the filing of the opening brief in another of undersigned counsel's capital § 2254 appeals, *Kemp v. Schriro*, Ninth Cir. No. 08-99030. The Ninth Circuit has ordered that date extended to April 27, 2009. On February 17, 2009, in response to a motion filed by undesigned counsel, the Ninth Circuit

Appellate Case: 08-1925     Page: 4     Date Filed: 03/06/2009 Entry ID: 3524056

granted a seven-claim COA in *Gulbrandson v. Schriro*, Ninth Cir. No. 07-99012, another case upon which the FPD was appointed after prior counsel was permitted to withdraw and after relief and a COA had already been denied in the district court. The opening brief in *Gulbrandson* is due to be filed on April 30, 2009. Counsel is also preparing a petition for writ of certiorari in *Salazar v. Stewart*, Ninth Cir. No. 05-16618, which is due to be filed on or before April 16, 2009.

Mr. Gabrielsen spoke by phone on March 4, 2009, with Appellee's counsel, Assistant United States Attorney Lajuana Counts. She indicated that she has no objection to the extension of time requested here. Counsel also explored possible areas of agreement with respect to items to be contained in the Appendix that will be filed with Appellant's opening brief.

**C.     Conclusion**

For the foregoing reasons, Mr. Sinisterra respectfully requests that the Court extend the date for filing his opening brief 31 days, to and including Monday, April 13, 2009.

Respectfully submitted this 6th day of March, 2009.

Jon M. Sands
Federal Public Defender
Timothy M. Gabrielsen
Leticia Marquez
Assistant Federal Public Defenders
John Jenab, Esq.


By s/Timothy M. Gabrielsen

ATTORNEYS FOR APPELLANT
GERMAN C. SINISTERRA

-4-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 6th day of March, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 s/Teresa Ardrey
Secretary, Capital Habeas Unit
Federal Public Defender's Office
District of Arizona
