IN THE UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

GERMAN C. SINISTERRA,

        Appellant,

v.

UNITED STATED OF AMERICA,
        Appellee.

No. 08-1925

MOTION FOR EXTENSION
OF TIME TO FILE
OPENING BRIEF

Sixth Request

JON M. SANDS
Federal Public Defender
TIMOTHY M. GABRIELSEN, NV Bar No. 8076
LETICIA MARQUEZ, AZ Bar No. 017357
Assistant Federal Public Defenders
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

JOHN JENAB, MO Bar No. 47452
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

Attorneys for Appellant
German C. Sinisterra

# MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant German Sinisterra is before the Court pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure (FRAP) and Eighth Circuit Rule 27(B)(a) requesting an extension of time of 14 days, up to and including April 10, 2009, within which to file Appellant's Opening Brief in the appeal of the denial of Sinisterra's Motion to Vacate, Set Aside, or Correct Convictions and Sentences pursuant to 28 U.S.C. § 2255. The present due date to file the opening brief is March 27, 2009. The Court granted, at least in part, five previous requests for extension of time to file the opening brief.

On March 20, 2009, undersigned counsel for Mr. Sinisterra contacted Assistant United States Attorney Lajuana Counts, counsel for Appellees in this matter. She indicated that she has no objection to the extension requested.

The present motion to extend the time to file the opening brief is made in good faith and not for purposes of delay. The reasons for this request are stated in detail in the attached Memorandum in Support.

Respectfully submitted this 20th day of March, 2009.

> Timothy M. Gabrielsen
> Assistant Federal Public Defender
>
>
> By s/Timothy M. Gabrielsen
> TIMOTHY M. GABRIELSEN
> Counsel for Petitioner-Appellant

Appellate Case: 08-1925     Page: 2     Date Filed: 03/20/2009 Entry ID: 3529268

## MEMORANDUM IN SUPPORT

German Sinisterra, Arboleda Ortiz, Plutarco Tello, and Edwin Hinestroza were charged with murder and drug-related offenses in the United States District Court for the Western District of Missouri. Sinisterra, Ortiz and Tello were convicted by a jury at a joint trial while Hinestroza remained a fugitive. The jury then separately considered the sentences to be imposed, and sentenced Sinisterra and Ortiz to death and Tello to life in prison. The convictions of all three defendants, and the death sentences of Sinisterra and Ortiz, were affirmed by this Court on direct appeal. *United States v. Ortiz*, 315 F.3d 873 (8th Cir. 2003). Hinestroza was later apprehended, convicted on the same murder and drug counts, and sentenced to life in prison on the murder counts and to a term of imprisonment on the drug count.

The district court denied the motion of Sinisterra for post-conviction relief pursuant to 28 U.S.C. § 2255 and a Certificate of Appealability ("COA"). On July 24, 2008, the Court issued a COA with respect to four claims and appointed the Federal Public Defender for the District of Arizona and Mr. Jenab as counsel. Ortiz was denied post-conviction relief and is also on appeal to this Court. Ortiz's opening brief is due to be filed on April 23, 2009.

Undersigned counsel from the Capital Habeas Unit of the Federal Public Defender's Office have assumed primary responsibility for preparation of the opening brief in *Sinisterra*. As the work nears completion on the opening brief in *Sinisterra*, FPD staff have been directed to the preparation of the Appendix to be filed with the opening brief pursuant to Eighth Circuit Rule 30A(b) and Section XIX(E) of the

Appellate Case: 08-1925     Page: 3     Date Filed: 03/20/2009 Entry ID: 3529268

Court's Handbook. Staff are also preparing an Appendix of Physical Exhibits to be filed with the brief pursuant to Eighth Circuit Rule 10A(b), as counsel believe that certain videotapes admitted at sentencing "would aid the Court in resolving an issue on appeal."

On March 19, 2009, Mr. Jenab filed a motion in the United States District Court for the Western District of Missouri to unseal two motions he filed ex parte and under seal in that court in the § 2255 proceedings and the district court's sealed orders in response thereto. There has not yet been an order entered by the district court in response to the motion. Sinisterra's counsel anticipate citing those documents in the opening brief. Undersigned counsel will produce the motions and orders to the Government should the district court order the documents unsealed.

In order to complete the brief in *Sinisterra*, counsel were required to clear their schedules of other capital appellate and district court matters to which the FPD was appointed by other federal courts prior to the Court's appointment of the FPD in this case. Assistant Federal Public Defender Gabrielsen filed an opening brief in the Ninth Circuit on March 3, 2009, in *West v. Schriro*, Ninth Cir. No. 08-99000. With regard to major pleadings in other cases, however, counsel have obtained extensions of time in order that they may complete the opening brief in *Sinisterra* before completing those other assigned tasks.

For example, Assistant Defender Gabrielsen has successfully asked the Ninth Circuit to extend a due date for an opening brief in another capital case, *Kemp v. Schriro*, Ninth Cir. No. 08-99030, from February 11 to April 27, 2009. Ms. Marquez

-3-

was successful in having the Ninth Circuit extend the date for filing an opening brief in a capital case, *Walden v. Schriro*, Ninth Cir. No. 08-99012, from February 23 to April 24, 2009.  Ms. Marquez also extended the due date for an opening brief in *Jones v. Schriro*, Ninth Cir. No. 08-99033, from March 12 to July 10, 2009.  Mr. Gabrielsen is deferring preparation of the petition for writ of certiorari in *Salazar v. Stewart*, Ninth Cir. No. 05-16618, which is due to be filed in the Supreme Court on or before April 16, 2009, until after the brief is filed in *Sinisterra*.

For the foregoing reasons, Mr. Sinisterra respectfully requests that the Court extend the date for filing his opening brief 14 days, to and including April 10, 2009.

Respectfully submitted this 20th day of March, 2009.

Jon M. Sands
Federal Public Defender
Timothy M. Gabrielsen
Leticia Marquez
Assistant Federal Public Defenders
John Jenab, Esq.


By s/Timothy M. Gabrielsen
ATTORNEYS FOR APPELLANT
GERMAN C. SINISTERRA

-4-

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of March, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 s/Tamelyn McNeill
Secretary, Capital Habeas Unit
Federal Public Defender's Office
District of Arizona

Appellate Case: 08-1925    Page: 6    Date Filed: 03/20/2009 Entry ID: 3529268