# United States Court of Appeals

### *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 07, 2009

Mr. Timothy M Gabrielsen
FEDERAL PUBLIC DEFENDER'S OFFICE
Capital Habeas Unit
407 W. Congress Street
Suite 501
Tucson, AZ  85701

    RE:  08-1925  German Sinisterra v. United States

Dear Counsel:

    Enclosed is a copy of an order entered today in the above case.

            Michael E. Gans
            Clerk of Court

LMT

Enclosure(s)

cc:    Ms. Lajuana M. Counts
      Mr. Frederick A. Duchardt Jr.
      Mr. John Jenab
      Mr. Jon Sands
      William Edgar Shull Jr.
      Mr. German C. Sinisterra
      Mr. Jeffrey E. Valenti

    District Court/Agency Case Number(s):  4:04-cv-08003-GAF