GERMAN C. SINISTERRA, )
)
          Movant, )
)
          v. ) No. 08-1925
)
UNITED STATES OF AMERICA, )
)
          Respondent. )

**MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLEE'S BRIEF**

The appellee, the United States of America, appears by Matt J. Whitworth, Acting

United States Attorney, and Lajuana M. Counts, Assistant United States Attorney, both for

the Western District of Missouri, and respectfully requests an extension of time in which to

file the appellee's brief. The United States offers the following suggestions in support of this

motion:

1.      The Government's brief is due to be filed with this Court on May 11, 2009.

The appellee is requesting a 30-day extension of time up to and including June 9, 2009;

2.      Government counsel requires additional time to review Sinisterra's brief and

research the issues he has raised. Additionally, Sinisterra's brief is 83 pages with a 26-page

addendum and he has an appendix which consists of 343 pages. Therefore, undersigned

counsel needs additional time to thoroughly review the voluminous petition.

3.      Furthermore, undersigned counsel is responsible for handling all § 3582(c)(2)

district and appellate cases. There are currently nine § 3582(c)(2) cases from the Western

District of Missouri on appeal before this Court with briefing schedules, and briefs in three of those cases are due in the next two weeks.

4.      Accordingly, the Government is seeking an extension of time until June 9, 2009, within which to file a brief in this case.  This is the Government's first motion for extension of time in this case.  Counsel for Sinisterra has no objection to the Government's request.

Based on the foregoing reasons, the United States respectfully requests this Court to grant an extension of time of up to and including June 9, 2009, in which to file the appellee's brief.

Respectfully submitted,

MATT J. WHITWORTH
Acting United States Attorney

By      /s/ *Lajuana M. Counts*

LAJUANA M. COUNTS
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri  64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

-2-

Appellate Case: 08-1925     Page: 2     Date Filed: 05/08/2009 Entry ID: 3545282

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 8, 2009, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Timothy M. Gabrielsen
Leticia Marquez
Assistant Federal Public Defenders
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1310

John Jenab
Jenab & McCauley, LLP
110 South Cherry Street, Suite 200
Olathe, Kansas 66061

*Attorneys for Petitioner Sinisterra*

 /s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney

-3-

Appellate Case: 08-1925    Page: 3    Date Filed: 05/08/2009 Entry ID: 3545282