| | |
|---|---|
| GERMAN C. SINISTERRA, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 08-1925 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

The appellee, the United States of America, appears by Matt J. Whitworth, Acting United States Attorney, and Lajuana M. Counts, Assistant United States Attorney, both for the Western District of Missouri, and respectfully requests an extension of time in which to file the appellee's brief. The United States offers the following suggestions in support of this motion:

1.      The Government's brief is due to be filed with this Court on June 9, 2009. The appellee is requesting a 90-day extension of time up to and including September 9, 2009;

2.      Government counsel requires additional time to review Sinisterra's brief and research the issues he has raised. Additionally, Sinisterra's brief is 83 pages with a 26-page addendum and he has an appendix which consists of 343 pages. Therefore, undersigned counsel needs additional time to thoroughly review the voluminous petition.

3.      Furthermore, undersigned counsel is responsible for handling all § 3582(c)(2) district and appellate cases for the Western District of Missouri. Counsel has filed approximately fifteen (15) § 3582(c)(2) responses/replies since May 13, 2009, as well as

authored and filed six appellate briefs within that tentatively time frame. Additionally, defense counsel for § 3582(c)(2) defendants in the Western District of Missouri has filed an additional 30 notices of appeal in the last week.

3. Additionally, undersigned counsel will be out of the office on business during June 10 through 12, as well as June 17 through 19. Also, counsel has surgery tentatively schedule in July and will be likely be away from the office of a week after surgery.

5. Accordingly, the Government is seeking an extension of time until September 9, 2009, within which to file a brief in this case. This is the Government's second motion for extension of time in this case. Counsel for Sinisterra has no objection to the Government's request.

Based on the foregoing reasons, the United States respectfully requests this Court to grant an extension of time of up to and including September 9, 2009, in which to file the appellee's brief.

Respectfully submitted,

MATT J. WHITWORTH
Acting United States Attorney

By   /s/ *Lajuana M. Counts*

LAJUANA M. COUNTS
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Tentatively City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

-2-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 9, 2009, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

> Timothy M. Gabrielsen
> Leticia Marquez
> Assistant Federal Public Defenders
> 407 West Congress Street, Suite 501
> Tucson, Arizona  85701-1310
>
> John Jenab
> Jenab & McCauley, LLP
> 110 South Cherry Street, Suite 200
> Olathe, Kansas  66061
>
> *Attorneys for Petitioner Sinisterra*

> /s/ *Lajuana M. Counts*
> Lajuana M. Counts
> Assistant United States Attorney

-3-