# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 10, 2009

Ms. Lajuana M. Counts
U.S. ATTORNEY'S OFFICE
400 E. Ninth Street
5510 Charles Evans Whittaker Courthouse
Kansas City, MO  64106-2149

    RE:  08-1925  German Sinisterra v. United States

Dear Counsel:

    Enclosed is a copy of an order entered today in the above case.

    Pursuant to the court's stated goal of processing all appeals promptly, parties and their counsel are expected to comply with the briefing deadlines established in this order. See Federal Rule of Appellate Procedure 26.

                Michael E. Gans
                Clerk of Court

LMT

Enclosure(s)

cc:    Mr. Frederick A. Duchardt Jr.
       Mr. Timothy M Gabrielsen
       Mr. John Jenab
       Mr. Jon Sands
       William Edgar Shull Jr.
       Mr. German C. Sinisterra
       Mr. Jeffrey E. Valenti

      District Court/Agency Case Number(s):  4:04-cv-08003-GAF