# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1925

German C. Sinisterra,

Appellant

v.

United States of America,

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08003-GAF)
_____

## ORDER

Appellee's motion for extension of time to file the brief is granted. Appellee may have

until September 9, 2009 to file the brief.  NO FURTHER EXTENSIONS OF TIME WILL BE

GRANTED TO THE APPELLEE FOR THE FILING OF THE BRIEF.

June 10, 2009

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans