# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

GERMAN C. SINISTERRA, )
)
           Petitioner-Appellant, )
)
      v. ) No. 08-1925
)
UNITED STATES OF AMERICA, )
)
           Respondent-Appellee. )

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

The appellee, the United States of America, appears by Matt J. Whitworth, Acting United States Attorney, and Lajuana M. Counts, Assistant United States Attorney, both for the Western District of Missouri, and respectfully requests a short extension of time in which to file the appellee's brief. The United States offers the following suggestions in support of this motion:

1.      The Government's brief is due to be filed with this Court on September 9, 2009. The appellee is requesting an extension of time up to and including September 14, 2009;

2.      The Government requires additional time to finalize its arguments to Sinisterra's brief which is 83 pages with a 26-page Addendum and 343-page Appendix. Further, Government counsel will be filing a motion to file an over-length brief in order to thoroughly address the issues Sinisterra has raised.

3.      Additionally, undersigned counsel is the sole prosecutor in *United States v. Juan Guevara*, a criminal case which was set for trial on the September 28, 2009, criminal

Appellate Case: 08-1925    Page: 1    Date Filed: 09/04/2009 Entry ID: 3583464

trial docket until today.  Counsel has been involved in negotiations to resolve this matter without going to trial.  The change of plea hearing is now set for September 10, 2009.

4.      Accordingly, the Government is seeking an extension of time until September 14, 2009, within which to file a brief in this case.  This is the Government's last extension of time in this case.  Counsel for Sinisterra has no objection to the Government's request.

Based on the foregoing reasons, the United States respectfully requests this Court to grant an extension of time of up to and including September 14, 2009, in which to file the appellee's brief.

Respectfully submitted,

MATT J. WHITWORTH
Acting United States Attorney

By      /s/ *Lajuana M. Counts*

LAJUANA M. COUNTS
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Tentatively City, Missouri  64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

-2-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 4, 2009, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Timothy M. Gabrielsen
Leticia Marquez
Assistant Federal Public Defenders
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1310

John Jenab
Jenab & McCauley, LLP
110 South Cherry Street, Suite 200
Olathe, Kansas 66061

*Attorneys for Petitioner-Appellant Sinisterra*

 /s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney

-3-