# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

GERMAN C. SINISTERRA, )
                                  )
        Petitioner-Appellant, )
                                  )
        v. )   No. 08-1925
                                  )
UNITED STATES OF AMERICA, )
                                  )
        Respondent-Appellee. )

## GOVERNMENT'S MOTION TO FILE OVERLENGTH BRIEF

The appellee, the United States of America, appears by its undersigned counsel and requests an order allowing the Government to file an overlength brief in this case of 20,000 words or less on or before September 14, 2009. The Government offers the following suggestions in support of this motion:

1. The Government's brief in this case is currently due to be filed with this Court on or before September 9, 2009, but has requested an extension of time until September 14, 2009;

2. The Government's brief is nearly completed, and it already exceeds the allowable 14,000-word limit authorized by Fed. R. App. P. 32(a)(7)(B)(i). The Government believes that the remainder of its brief can be completed with a word count of 20,000 words or less;

Appellate Case: 08-1925   Page: 1   Date Filed: 09/04/2009 Entry ID: 3583465

3.     The appellant's counsel previously sought, and obtained permission from this Court to file an overlength brief in this case, and filed with this Court a brief that is 83 pages long, and contains 23,989 words.

4.     Because of the extensive record, the issues involved, and the unusually large size of the appellant's brief, the Government, despite considerable effort, has been unable to prepare a brief that adequately sets forth the facts and fully addresses all of Sinisterra's claims without exceeding the normal 14,000-word limit;

Wherefore, based on the foregoing reasons, the Government respectfully requests an order from this Court allowing the Government to file an overlength brief of 20,000 words or less on or before September 14, 2009.

Respectfully submitted,

MATT J. WHITWORTH
Acting United States Attorney

By     /s/ *Lajuana M. Counts*

LAJUANA M. COUNTS
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri  64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

-2-

Appellate Case: 08-1925     Page: 2     Date Filed: 09/04/2009 Entry ID: 3583465

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2009, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.  A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Timothy M. Gabrielsen
Leticia Marquez
Assistant Federal Public Defenders
407 West Congress Street, Suite 501
Tucson, Arizona  85701-1310

John Jenab
Jenab & McCauley, LLP
110 South Cherry Street, Suite 200
Olathe, Kansas  66061

*Attorneys for Petitioner-Appellant Sinisterra*

 /s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney

-3-