# IN THE UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

GERMAN C. SINISTERRA,

        **Appellant,**

**v.**

**UNITED STATED OF AMERICA,**
        **Appellee.**

No. 08-1925

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

First Request

JOHN JENAB, MO Bar No. 47452
Jenab & McCauley, LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

TIMOTHY M. GABRIELSEN, NV Bar No. 8076
LETICIA MARQUEZ, AZ Bar No. 017357
Federal Public Defender's Office
District of Arizona
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

Attorneys for Appellant
German C. Sinisterra

**MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellant German Sinisterra is before the Court pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure (FRAP) and Eighth Circuit Rule 27(B)(a) requesting an extension of time of 35 days, up to and including November 3, 2009, within which to file Appellant's Reply Brief in this capital § 2255 case. The present due date to file the opening brief is September 29, 2009. There have been no previous requests for extension of time to file the Reply Brief.

On September 22, 2009, undersigned counsel for Mr. Sinisterra contacted Assistant United States Attorneys Lajuana Counts, counsel for Appellees in this matter. Ms. Counts indicated that she has no objection to the extension requested.

The reasons for this request are stated in detail in the attached Memorandum in Support.

Respectfully submitted this 22nd day of September, 2009.

John Jenab, Esq.
Timothy M. Gabrielsen
Assistant Federal Public Defender


By s/Timothy M. Gabrielsen
TIMOTHY M. GABRIELSEN
Counsel for Petitioner-Appellant

-2-

Appellate Case: 08-1925     Page: 2     Date Filed: 09/22/2009 Entry ID: 3588697

# MEMORANDUM IN SUPPORT

On December 14, 2007, the district court filed an Order Denying Movant's 28 U.S.C. § 2255 Motion and a Certificate of Appealability as to all claims. Dist. Ct. Doc. No. 69. This Court granted a COA as to four claims on July 24, 2008. Eighth Cir. Doc. No. 14. The issues for which the COA was granted were:

1. Whether trial counsel rendered ineffective assistance of counsel by failing to retain and utilize a qualified mitigation expert.

2. Whether trial counsel rendered ineffective assistance of counsel by failing to conduct a thorough mitigation investigation and present available mitigation evidence to the jury.

3. Whether trial counsel rendered ineffective assistance of counsel by failing to investigate and present mental health evidence.

4. Whether trial and appellate counsel were ineffective by failing to object to prosecutorial misconduct during closing argument.

*Id*.

In the Appeal Briefing Schedule Order of July 24, 2008, the Court ordered that Appellants' Reply Brief be filed 14 days after service of Appellee's Brief. Eighth Cir. Doc. No. 17. Appellees' Brief was served on Appellant's counsel on September 15, 2009. Thus, the present due date for filing the Reply Brief is September 29, 2009.

Appellant filed his opening brief on April 10, 2009. Eighth Cir. Doc. No. 34. On September 15, 2009, Appellant's counsel were served with Appellees' 92-page Brief. Eighth Cir. Doc. No. 45. Because the Federal Public Defender and undersigned counsel have assumed the primary responsibility for production of Appellant's briefs, Mr. Gabrielsen has primary responsibility for the Reply Brief. Mr. Gabrielsen is preparing to file, as lead counsel, an

-3-

Appellate Case: 08-1925    Page: 3    Date Filed: 09/22/2009 Entry ID: 3588697

opening brief in a capital § 2254 appeal in the Ninth Circuit in *Martinez v. Schriro*, Ninth Cir. No. 08-99009. That brief is due to be filed on September 29, 2009.

Counsel is also preparing an opening brief in another capital habeas corpus appeal in *Gulbrandson v. Ryan*, Ninth Cir. No. 07-99012.  That brief is due to be filed on October 15, 2009.  However, counsel will petition the Ninth Circuit for an extension of time so that counsel can complete work on the Reply Brief in *Sinisterra*.

Counsel will be out of the office on family medical leave October 21 through 23, 2009. Counsel will be taking his nine-year-old daughter to St. Louis Children's Hospital for an evaluation of an illness with doctors from Washington University Medical School.

Counsel has been diligent in his efforts in *Sinisterra*.  The present motion to extend the time to file the opening brief is made in good faith and not for purposes of delay.  The request for extension of time is based on the length of Appellees' Brief and complexity of the issues to which counsel must respond, and duties counsel must complete in one other capital appeal.

For the foregoing reasons, Mr. Sinisterra respectfully requests that the Court extend the date for filing his opening brief 35 days, to and including November 3, 2009.

Respectfully submitted this 22nd day of September, 2009.

> John Jenab, Esq.
> Timothy M. Gabrielsen
> Assistant Federal Public Defender
>
>
> By s/Timothy M. Gabrielsen
>  TIMOTHY M. GABRIELSEN
> Counsel for Petitioner-Appellant

-4-

Appellate Case: 08-1925     Page: 4     Date Filed: 09/22/2009 Entry ID: 3588697

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2009, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record.

 s/Tamelyn McNeill
Secretary, Capital Habeas Unit
Federal Public Defender's Office
District of Arizona