# IN THE UNITED STATES COURT OF APPEALS

# FOR THE EIGHTH CIRCUIT

GERMAN C. SINISTERRA,

Petitioner-Appellant,

v.                                                                    **No. 08-1925**

UNITED STATES OF AMERICA,
                Respondent-Appellee.

## NOTICE OF APPEARANCE OF COUNSEL OF RECORD

JON M. SANDS
Federal Public Defender
TIMOTHY M. GABRIELSEN (NV Bar No. 8076)
LETICIA MARQUEZ (AZ Bar No. 017357)
Assistant Federal Public Defenders
Office of the Federal Public Defender
District of Arizona
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1310
(520) 879-7614 / (520) 622-6844 (facsimile)

JOHN JENAB (MO Bar No. 47452)
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

COUNSEL FOR PETITIONER-APPELLANT
GERMAN C. SINISTERRA

# Notice of Appearance of Counsel of Record

Petitioner German C. Sinisterrra, through counsel, files this Notice of Appearance of Counsel of Record in the above-captioned matter. Leticia Marquez, of the office of the Federal Public Defender, District of Arizona, appears on behalf of Mr. Sinisterra. The Federal Public Defender, District of Arizona, was appointed by the Eighth Circuit on July 24, 2008, to represent Mr. Sinisterra on appeal from the denial of relief in this Court under 28 U.S.C. § 2255. That order is attached here.

Respectfully submitted this 29th day of September, 2009.

> Jon M. Sands
> Federal Public Defender
> Timothy M. Gabrielsen
> Leticia Marquez
> Assistant Federal Public Defenders
> John Jenab, Esq.

> By s/Leticia Marquez
> Leticia Marquez
> Counsel for Petitioner-Appellant

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2009, I electronically

transmitted the attached document to the Clerk's office using the CM/ECF System for

filing and transmittal of a Notice of Electronic Filing to the following registrants:


Ms. Lajuana Counts
Mr. Jeffrey Valenti
Assistant United States Attorneys

 s/Tamelyn McNeill
Tamelyn McNeill
Secretary, Capital Habeas Unit

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1925

German C. Sinisterra,

Appellant

v.

United States of America,

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08003-GAF)

---

### ORDER

IT IS ORDERED that the Federal Public Defender for Arizona is hereby appointed to

represent (or to continue to represent) the above named appellant in all matters pertaining to this

action before this Court.

July 24, 2008

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans

15