GERMAN C. SINISTERRA,

No. 08-1925

      Appellant,

**MOTION FOR EXTENSION
OF TIME TO FILE REPLY
BRIEF**

v.

UNITED STATED OF AMERICA,

      Appellee.

Second Request

JOHN JENAB, MO Bar No. 47452
Jenab & McCauley, LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

TIMOTHY M. GABRIELSEN, NV Bar No. 8076
LETICIA MARQUEZ, AZ Bar No. 017357
Federal Public Defender's Office
District of Arizona
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

Attorneys for Appellant
German C. Sinisterra

**MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Appellant German Sinisterra is before the Court pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure (FRAP) and Eighth Circuit Rule 27(B)(a) requesting an extension of time of 14 days, up to and including November 17, 2009, within which to file Appellant's Reply Brief in this capital § 2255 case. The present due date to file the Reply Brief is November 3, 2009. The Court has granted one previous request for extension of time to file the Reply Brief.

On October 28, 2009, undersigned counsel for Mr. Sinisterra contacted Assistant United States Attorneys Lajuana Counts, counsel for Appellees in this matter. Ms. Counts indicated that she has no objection to the extension requested.

The reasons for this request are stated in detail in the attached Memorandum in Support.

Respectfully submitted this 28th day of October, 2009.

John Jenab, Esq.
Timothy M. Gabrielsen
Assistant Federal Public Defender


By s/Timothy M. Gabrielsen
TIMOTHY M. GABRIELSEN
Counsel for Petitioner-Appellant

-2-

Appellate Case: 08-1925    Page: 2    Date Filed: 10/28/2009 Entry ID: 3600292

**MEMORANDUM IN SUPPORT**

On December 14, 2007, the district court filed an Order Denying Movant's 28 U.S.C. § 2255 Motion and a Certificate of Appealability as to all claims. Dist. Ct. Doc. No. 69. This Court granted a COA as to four claims on July 24, 2008. Eighth Cir. Doc. No. 14. In the Appeal Briefing Schedule Order of July 24, 2008, the Court ordered that Appellants' Reply Brief be filed 14 days after service of Appellee's Brief. Eighth Cir. Doc. No. 17.

Appellant filed his opening brief on April 10, 2009. Eighth Cir. Doc. No. 34. On September 15, 2009, Appellant's counsel were served with Appellees' 92-page Brief. Eighth Cir. Doc. No. 45. The date for filing the Reply Brief was ordered extended once to November 3, 2009. Eighth Cir. Doc. No. 47.

Because the Federal Public Defender and undersigned counsel have assumed the primary responsibility for production of Appellant's briefs, Mr. Gabrielsen has responsibility for the Reply Brief. Since the Government filed its brief, Mr. Gabrielsen lodged an opening brief in the Ninth Circuit in a capital § 2254 appeal in *Martinez v. Schriro*, Ninth Cir. No. 08-99009, on September 29, 2009.

Counsel has also been preparing an opening brief in another capital habeas corpus appeal in *Gulbrandson v. Ryan*, Ninth Cir. No. 07-99012. That brief is due to be filed on November 25, 2009. Counsel's work on the Reply Brief in *Sinisterra* will not be delayed with that later filing.

Counsel was out of the office on family medical leave October 21 through 23, 2009, in order to take his child to St. Louis Children's Hospital for several evaluations.

Counsel is mindful of the page/word limitation for the Reply Brief set forth in FRAP 32(a)(7)(B)(ii). The extension requested here will allow counsel to timely petition the court for

-3-

additional pages or words should extraordinary circumstances arise under Eight Circuit Rule 28A(h) for counsel to do so.

Counsel has been diligent in his efforts in *Sinisterra*. The present motion to extend the time to file the Reply Brief is made in good faith and not for purposes of delay. The request for extension of time is based on the length of Appellees' Brief and complexity of the issues to which counsel must respond.

For the foregoing reasons, Mr. Sinisterra respectfully requests that the Court extend the date for filing his Reply Brief 14 days, to and including November 17, 2009.

Respectfully submitted this 28th day of October, 2009.

> John Jenab, Esq.
> Timothy M. Gabrielsen
> Assistant Federal Public Defender
>
>
> By s/Timothy M. Gabrielsen
> TIMOTHY M. GABRIELSEN
> Counsel for Petitioner-Appellant

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 s/Tamelyn McNeill
Secretary, Capital Habeas Unit
Federal Public Defender's Office
District of Arizona

Appellate Case: 08-1925     Page: 5     Date Filed: 10/28/2009 Entry ID: 3600292