# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 08-1925

German C. Sinisterra,

Appellant

v.

United States of America,

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08003-GAF)

_____

## ORDER

Appellant's motion for extension of time to file the reply brief is granted.  Appellant may

have until November 17, 2009 to file the brief.

October 29, 2009

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans