# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1925

German C. Sinisterra,

Appellant

v.

United States of America,

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08003-GAF)

_____

## ORDER

Appellant's motion for extension of time to file the reply brief is granted.  Appellant may

have until 11/17/09 to file the brief. No further extensions of time will be granted to the appellant

for the filing of the reply brief.

October 29, 2009

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans