IN THE UNITED STATES COURT OF APPEALS

FOR THE EIGHTH CIRCUIT

GERMAN C. SINISTERRA,

      Appellant,

v.

UNITED STATED OF AMERICA,
      Appellee.

No. 08-1925

MOTION FOR LEAVE TO
FILE REPLY BRIEF
IN EXCESS OF
WORD LIMIT

JON M. SANDS
Federal Public Defender
TIMOTHY M. GABRIELSEN, NV Bar No. 8076
LETICIA MARQUEZ, AZ Bar No. 017357
Assistant Federal Public Defenders
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

JOHN JENAB, MO Bar No. 47452
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

Attorneys for Appellant
German C. Sinisterra

# MOTION FOR LEAVE TO FILE REPLY BRIEF
# IN EXCESS OF WORD COUNT LIMIT

Appellant German Sinisterra, through counsel, moves pursuant to FRAP 27 and Eighth Circuit Rule 28(A)(h) for leave to file the Reply Brief in this capital Section 2255 appeal in excess of the 7,000 words permitted by FRAP 32(a)(7)(B)(ii). Sinisterra requests leave to file a Reply Brief not to exceed 9,000 words.

In support of this Motion, Appellant states the following:

1. The Reply Brief is due to be filed by November 17, 2009.

2. On November 10, 2009, undersigned counsel spoke with counsel for the Appellee, Assistant United States Attorney Lajuana Counts. Ms. Counts stated she has no objection to the present request for excess words.

3. This is a capital appeal.

4. This Court issued a COA with respect to the following four claims:

  a. Whether trial counsel rendered ineffective assistance of counsel by failing to retain and utilize a qualified mitigation expert;

  b. Whether trial counsel rendered ineffective assistance of counsel by failing to conduct a thorough mitigation investigation and present available mitigation evidence to the jury;

  c. Whether trial counsel rendered ineffective assistance of counsel by failing to investigate and present mental health evidence; and,

  d. Whether trial and appellate counsel were ineffective by failing to object to prosecutorial misconduct during closing argument.

Eighth Cir. Doc. No. 14. The parties have briefed all four claims for which the COA was granted.

-1-

Appellate Case: 08-1925    Page: 2    Date Filed: 11/10/2009 Entry ID: 3604541

5. Sinisterra moved for, and the Court permitted, the filing of an Opening Brief in excess of the 14,000 word limit of FRAP 32(a)(7)(B)(I). The Court allowed an Opening Brief not to exceed 24,000 words, and Sinisterra filed an Opening Brief of that word total, 23,989 words. Eighth Cir. Doc. Nos. 32, 33.

6. The Government successfully requested leave to file in excess of the word limit, and filed a Brief of 18,582 words. Eighth Cir. Doc. Nos. 43, 44.

7. Counsel are cognizant of Eighth Circuit Rule 28(A)(h), which states that "overlength briefs will only be granted in extraordinary cases."

8. Counsel request the modest increase in the length of the Reply Brief due to the length of the Government's Brief, the complexity of the substantive issues presented on appeal, and the procedural question concerning whether the district court abused its discretion in failing to order an evidentiary hearing under 28 U.S.C. § 2255(b) and Eighth Circuit precedent.

9. Counsel continue to act with diligence in drafting and editing the Reply Brief. Efforts are being made to complete the Reply Brief as close to the 7,000 word limit of FRAP 32(a)(7)(B)(ii) as possible.

Respectfully submitted this 10th day of November, 2009.

Jon M. Sands
Federal Public Defender
Timothy M. Gabrielsen
Leticia Marquez
Assistant Federal Public Defenders
John Jenab, Esq.

By s/Timothy M. Gabrielsen
    TIMOTHY M. GABRIELSEN

Counsel for Petitioner-Appellant

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 s/ Teresa Ardrey
Secretary, Capital Habeas Unit
Federal Public Defender's Office
District of Arizona