# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1925

German C. Sinisterra,

Appellant

v.

United States of America,

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08003-GAF)

---

### ORDER

Appellant's motion to file a brief in excess of limits set forth in FRAP Rule 32(a)(A) and

(B) is granted. Appellant may file a reply brief not to exceed 9,000 words.

November 13, 2009

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans