# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

GERMAN C. SINISTERRA,       )
                        )
      Petitioner-Appellant,   )
                        )
      v.                 )   No. 08-1925
                        )
UNITED STATES OF AMERICA,  )
                        )
      Respondent-Appellee.  )

## GOVERNMENT'S OBJECTION TO SINISTERRA'S MOTION TO SUPPLEMENT RECORD ON APPEAL

The appellee, the United States of America, appears by its undersigned counsel and files the following response in opposition to Sinisterra's "Motion to Supplement the Record on Appeal" filed on November 19, 2009. Sinisterra requested to supplement the record with the penalty phase transcript of Edwin Hinestroza (mailed separately). The Government opposes Sinisterra's motion and asserts that the life sentence co-defendant Edwin Hinestroza's jury imposed in 2005 is not relevant to the issue of Sinisterra's counsel's representation and his jury's verdict of a death sentence imposed in 2000. Sinisterra is essentially asking this Court to compare his counsel's representation to that of another co-defendant's counsel's representation at a trial that occurred five years after Sinisterra's trial and before a entirely different jury. Not only is such a comparison inappropriate, but also Sinisterra wants this Court to consider Hinestroza's penalty phase transcript as evidence in an attempt to make a proportionality argument. This Court did not certify such a proportionality issue in the case before this Court, and therefore, Sinisterra's motion should be denied.

Furthermore, Sinisterra is attempting to interject the district judge's comments and rulings from Hinestroza's separate trial into Sinisterra's case. However, as reflected in

footnote 2 of Sinisterra's motion, during the penalty phase of Hinestorza's trial, the sentencing hearing verdicts of Sinisterra and co-defendants Ortiz and Tello were *not* admitted. Suffice it to say, any questions regarding the issues and rulings in Hinestroza's trial would have been within the purview of Hinestroza's counsel – Hinestroza did not appeal his conviction or sentence.

The Government opposes Sinisterra's request to supplement the record, and his alternative request for this Court to take his motion with the case, and asks this Court to reject and disregard the copy of Hinestroza's 248-page penalty phase transcript Sinisterra forwarded to the court.

Wherefore, based on the foregoing reasons, the Government respectfully requests this Court to deny Sinisterra's motion to supplement the record in its entirety.

Respectfully submitted,

MATT J. WHITWORTH
United States Attorney

By   /s/ *Lajuana M. Counts*

LAJUANA M. COUNTS
Assistant United States Attorney

JEFFREY VALENTI
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri  64106
Telephone: (816) 426-3122

*Attorneys for Appellee*

Appellate Case: 08-1925   Page: 2   Date Filed: 11/24/2009 Entry ID: 3608751

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2009, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Timothy M. Gabrielsen
Leticia Marquez
Assistant Federal Public Defenders
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1310

John Jenab
Jenab & McCauley, LLP
110 South Cherry Street, Suite 200
Olathe, Kansas 66061

*Attorneys for Petitioner Sinisterra*

 /s/ *Lajuana M. Counts*
Lajuana M. Counts
Assistant United States Attorney

-3-

Appellate Case: 08-1925    Page: 3    Date Filed: 11/24/2009 Entry ID: 3608751