# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1925

German C. Sinisterra,

Appellant

v.

United States of America,

Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08003-GAF)
_____

## ORDER

Appellant's motion to supplement the record is hereby ordered taken with the case for

consideration by the panel to which this case is submitted for disposition on the merits.

December 01, 2009

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans