# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 01, 2010

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

 RE:  08-1925  German Sinisterra v. United States

Dear Sirs:

 A published opinion was filed today in the above case.

 Counsel who presented argument on behalf of the appellant was Timothy M Gabrielsen, AFPD, of Tucson, AZ. The following attorney(s) appeared on the appellant brief;  Timothy M Gabrielsen, AFPD, and Leticia Marquez, AFPD, of Tucson, AZ, and John Jenab of Olathe, KS.

 Counsel who presented argument on behalf of the appellee was Lajuana M. Counts, AUSA, of Kansas City, MO. The following attorney(s) appeared on the appellee brief;  Lajuana M. Counts, AUSA, and Jeffrey Valenti, AUSA, of Kansas City, MO.

 The judge who heard the case in the district court was Honorable Gary A. Fenner. The judgment of the district court was entered on February 20, 2008.

 If you have any questions concerning this case, please call this office.

 Michael E. Gans
 Clerk of Court

MER

Enclosure(s)

cc:  Lois Law
 MO Lawyers Weekly

 District Court/Agency Case Number(s):  4:04-cv-08003-GAF