# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 01, 2010

Mr. Timothy M Gabrielsen
FEDERAL PUBLIC DEFENDER'S OFFICE
Capital Habeas Unit
407 W. Congress Street
Suite 501
Tucson, AZ  85701

     RE:  08-1925  German Sinisterra v. United States

Dear Counsel:

     The court today issued an opinion in this case. Judgment in accordance with the opinion was also entered today.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 45 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant, for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 45 day period for filing permitted by FRAP 40 may be denied as untimely.

     Michael E. Gans
     Clerk of Court

MER

Enclosure(s)

cc:    Ms. Lajuana M. Counts
       Mr. Frederick A. Duchardt Jr.
       Mr. John Jenab
       Ms. Leticia Marquez
       Mr. William Edgar Shull Jr.
       Mr. German C. Sinisterra
       Ms. Ann Thompson
       Mr. Jeffrey E. Valenti

     District Court/Agency Case Number(s):  4:04-cv-08003-GAF