# IN THE UNITED STATES COURT OF APPEALS

# FOR THE EIGHTH CIRCUIT

GERMAN C. SINISTERRA,

        Appellant,

v.

UNITED STATED OF AMERICA,
        Appellee.

No. 08-1925

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING**

JON M. SANDS
Federal Public Defender
TIMOTHY M. GABRIELSEN, NV Bar No. 8076
LETICIA MARQUEZ, AZ Bar No. 017357
Federal Public Defender's Office,
District of Arizona
407 W. Congress, Suite 501
Tucson, Arizona 85701
(520) 879-7622
(520) 622-6844 Fax

JOHN JENAB, MO Bar No. 47452
Jenab & McCauley LLP
110 S. Cherry Street, Suite 200
Olathe, KS 66061
(913) 390-5023
(913) 764-5539 Fax

ATTORNEYS FOR APPELLANT

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR REHEARING

Appellant German Sinisterra is before the Court pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure (FRAP), and Eighth Circuit Rule 27(B)(a)(15), requesting an extension of time of 14 days, up to and including April 29, 2010, within which to file Appellant's Petition for Rehearing from the Court's judgment of April 1, 2010, in this capital § 2255 appeal. The present due date to file the Petition for Rehearing is April 15, 2010. There have been no previous requests for extension of time to file the Petition for Rehearing.

On April 14, 2010, undersigned counsel for Mr. Sinisterra contacted Assistant United States Attorney Lajuana Counts, counsel for Appellees in this matter. Ms. Counts indicated that the Government has no objection to the extension requested.

The reasons for this request are stated in detail in the attached Memorandum in Support.

Respectfully submitted this 14th day of April, 2010.

Timothy M. Gabrielsen
Assistant Federal Public Defender

By s/Timothy M. Gabrielsen
TIMOTHY M. GABRIELSEN
Counsel for Appellant

-2-

Appellate Case: 08-1925     Page: 2     Date Filed: 04/14/2010 Entry ID: 3654801

# MEMORANDUM IN SUPPORT

On April 1, 2010, the Court filed its opinion in this matter, denying Appellant relief on a claim of ineffective assistance of counsel for failure to object to improper prosecution closing argument at the capital sentencing hearing but remanding the matter to the district court with instructions to conduct an evidentiary hearing on a claim of ineffective assistance of counsel at sentencing for failure to present certain mitigating evidence . *See Sinisterra v. United States*, Eighth Circuit No. 08-1925, Slip opinion. Undersigned counsel is preparing a Petition for Rehearing to be filed with the Court.

Counsel's efforts have been delayed primarily due to his travel, subsequent to the Court's filing of the opinion in *Sinisterra*, to the State of Iowa on an investigation in a capital § 2255 case pending before Judge Mark Bennett in the Northern District of Iowa, *Honken v. United States*, U.S.D.C. No. CR-01-0347-MWB. Counsel traveled to Iowa for witness interviews between Monday, April 5, and Wednesday, 7, 2010. Airline tickets were prepaid by the Federal Public Defender and non-refundable. The work in Iowa and preparation in anticipation of the interviews consumed virtually an entire week that otherwise could have been devoted to the Petition for Rehearing in this matter. The present request for extension of time is made in good faith and to allow counsel sufficient time to prepare the Petition for Rehearing and not for any dilatory purpose.

Appellate Case: 08-1925     Page: 3     Date Filed: 04/14/2010 Entry ID: 3654801

As noted above, Assistant U.S. Attorney Lajuana Counts indicated on this date that she has no objection to an extension of time of 14 days to file the Petition for Rehearing.

For the foregoing reasons, Appellant respectfully requests that the Court extend the date for filing his Petitioner for Rehearing 14 days, to and including April 29, 2010.

Respectfully submitted this 14th day of April, 2010.

> Jon M. Sands
> Federal Public Defender
> Timothy M. Gabrielsen
> Leticia Marquez
> Assistant Federal Public Defenders
> John Jenab, Esq.

> By s/Timothy M. Gabrielsen
> TIMOTHY M. GABRIELSEN
> Counsel for Petitioner-Appellant

> ATTORNEYS FOR APPELLANT

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2010, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send a

notice of electronic filing to all counsel of record.

        s/Tamelyn McNeill
        Secretary, Capital Habeas Unit
        Federal Public Defender's Office
        District of Arizona

Appellate Case: 08-1925    Page: 5    Date Filed: 04/14/2010 Entry ID: 3654801