# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1925

German C. Sinisterra

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:04-cv-08003-GAF)

---

## MANDATE

In accordance with the opinion and judgment of 04/01/2010, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

July 06, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit

Appellate Case: 08-1925    Page: 1    Date Filed: 07/06/2010 Entry ID: 3680769