# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT
## CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

**DATE:**       July 16, 2010

**RE:**        08-1925 *German Sinisterra v. United States*

**TO:**        U.S. District Court Clerk's Office

**FROM:**    St. Paul Court of Appeals Clerk's Office

Enclosed are the following records for return to your office:

**Exhibits:** 1 envelope w/2 CDs containing trial exhibits 64, 65, 66, 67, 68, 69, 71 & 72

**Transcripts:** Trial Transcripts, 15 Volumes (Doc. #856-870)
Penalty Phase of Edwin Hinestroza, 3 Volumes
Suppression Transcript, 1 Volume (Doc. #880)
Sentencing Transcript, 1 Volume (Doc. #871)
Hearing Transcript, 1 Volume, labeled "Volume II" (Doc. #619)
Guilt Phase of Trial, 1 Volume

**[X] Case closed**                [ ] Counsel appointed

[ ] Per your request           [ ] Return to this office

Enclosure(s)

      District Court/Agency Case Number(s):   4:04-cv-08003-GAF

CBC