August 13, 2010

## CJA Form Letter Check List

Case Number/Title:  08-1925  German Sinisterra v. United States

PANEL:  RLW  WJR  MJM

SUBMISSION DATE:  12/15/09 – arg by AFPD Timothy M. Gabrielsen

AUTHOR:  RLW

CASE TYPE:  **Death Penalty - Federal habeas, us**

OPINION:  AFF/RV/RMD – 4/1/10

MANDATE ISSUED:  **07/06/2010** x

JUDGMENT:  **04/01/2010** x

ATTORNEY NAME:  **John Jenab**

CITY & STATE:  Olathe, KS

| LETTER TYPE: | NORMAPP.LTR | _____ | NTAUNRAP.LTR | _____ |
|---|---|---|---|---|
| | EXAPP.LTR | _____ | NTAUEXAP.LTR | _____ |
| | NOAGNRAP.LTR | _____ | DEATHPEN.LTR | _____ |
| | NOAGEXAP.LTR | _____ | INTERIM.LTR | _____ |
| | | | TRAVEXP.LTR | _____ |

VOUCHER #  _____

COMPENSATION  _____

EXPENSES  _____

TOTAL  _____

ATTACHMENTS:  J-STMNT _____     OOC MEMO _____

EXP. ITEM _____     RECPTS.  _____

STAT. LIMIT _____

NOTES: