CJA 30 (Electronic Form) DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./ DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| | Germann Sinisterra | | 0819252 01 |

| 3. MAG. DKT./ DEF. NUMBER | 3. DIST. DKT./ DEF. NUMBER | 3. APPEALS DKT./ DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 0-CV-003 | X:08-001925-001 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. TYPE PERSON REPRESENTED | 9. REPRESENTATION TYPE |
|---|---|---|
| Sinisterra v. United States | Appellant | HA Habeas Appeal |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

FILED
SEP 8 2010
MICHAEL GANS
CLERK OF COURT

11. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),
AND MAILING ADDRESS:

Name: John Jenab

Address: Jenab & McCauley, LLP
110 S Cherry St, Ste 200
Olathe, KS 66061

Phone: (913) 390-5023

E-mail: jjenab@mindspring.com

12. COURT ORDER:  **O - Appointing Counsel**

| Prior Attorney's | Appointment |
|---|---|

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(b) The attorney named in Item 11 is appointed to serve   ● Lead Counsel   ○ Co-Counsel

John Jenab

| Name of Co-Counsel or Lead Counsel | Appointment |
|---|---|

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant the attached order.

**see separate court order of appointment**

Signature of presiding Judicial Officer or By Order of the Court

Date of Order   4/18/08 ✓   Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ○ Yes   ● No

13. NAME AND ADDRESS OF LAW FIRM
(Only provide per instructions)

Name: Jenab & McCauley, LLP

Address: 110 S Cherry St, Ste 200
Olathe, KS 66061
(913) 390-5023

| 1st APP |
|---|
| Initial |
| Date |
| 2nd APP |
| Initial |
| Date |

14. STAGE OF PROCEEDING   Select the stage which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage in the proceeding. SELECT NO MORE THAN ONE STAGE. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION: | HABEAS CORPUS: | OTHER PROCEEDING: |
|---|---|---|
| | j. Appeal | |

| 15. Categories (Attach itemized time & expense sheets with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | REDUCTION AMOUNTS | NET AFTER REVIEW |
|---|---|---|---|---|---|
| a. In-Court hearings | - | | - | IN COURT TOTAL | IN COURT TOTAL |
| b. Interviews and Conferences with Client | 0.9 | $153.00 | | | Category a |
| c. Witness Interviews | - | | | | |
| d. Consultation with Investigators & Experts | - | | | | |
| e. Obtaining & Reviewing the Court Record | 5.5 | $959.50 | | | |
| f. Obtaining & Reviewing Documents & Evidence | 4.0 | $680.00 | | | |
| g. Consulting with Expert Counsel | 10.1 | $1,724.00 | | | |
| h. Legal Research & Writing | 40.9 | $6,989.70 | | OUT OF COURT | OUT OF COURT |
| i. Travel | 1.5 | $267.00 | | TOTAL CATEGORIES | CATEGORIES |
| j. Other (Specify on additional sheets) | 3.8 | $666.00 | | (15b-15j) | (15b-15j) |
| TOTALS: Categories b thru j | 66.7 | $11,439.20 | - | | $11,439.20 |

50.8 @ 170 = 8,636.00
9.0 @ 175 = 1,575.00
6.9 @ 178 = 1,228.20
66.7    11,439.20

| 16. Travel Expenses (lodging, parking, meals, mileage, etc.) | | $25.00 | | | $25.00 |
|---|---|---|---|---|---|
| 17. Other Expenses (other than expert, transcripts, etc.) | | $5.60 | | | $5.60 |
| | | $11,469.80 | | | $11,469.80 |

| 18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION: | 20. CASE DISPOSITION |
|---|---|---|
| From: 4/23/2008   to:   6/18/2010 | | AR Affirmed in Part/Reversed in Part |

21. CLAIM STATUS:   ● Final Payment   ○ Interim Payment Number   1   ○ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case?   ○ Yes   ● No     If yes, were you paid?   ○ Yes   ○ No

Other than from the court, to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ○ Yes   ● No     If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.

Signature of Attorney:                                                   Date   8/10/2010

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL EXPENSES |
|---|---|---|---|---|
| | $11,439.20 | $25.00 | $5.60 | $11,469.80 |

27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER     DATE  9-03-2010     27a. JUDGE CODE

Appellate Case: 08-1925     Page: 1     Date Filed: 09/08/2010     Entry ID: 3701672